UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRIAN WALKER, JR.                                    CIVIL ACTION

VERSUS                                               NO: 11-2234

MICHAEL J. ASTRUE,                                   SECTION: R(3)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

**ORDER**

The Court, having reviewed *de novo* the complaint,[1] the defendant's answer,[2] the record,[3] the plaintiff's motion for summary judgment,[4] the defendant's cross-motion for summary judgment,[5] the applicable law, and the Magistrate Judge's Report and Recommendation,[6] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, plaintiff's motion for summary judgment is DENIED, defendant's motion for summary judgment is GRANTED, and Walker's petition for review of the final decision of the Commissioner of the Social Security Administration is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of September, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 3.

[2]   R. Doc. 8.

[3]   R. Doc. 9.

[4]   R. Doc. 12.

[5]   R. Doc. 15.

[6]   R. Doc. 16.